UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 18, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:16-mj-00062-KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| VIDAL GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Vidal Gonzalez</u>; Case <u>2:16-mj-00062-KJN</u> from custody and for the following reasons:

    \_\_ Release on Personal Recognizance

    \_\_ Bail Posted in the Sum of _____

    <u>X</u> Unsecured Appearance Bond in the amount of <u>$200,000.00</u>; cosigned by Maria Gonzalez and Janet Gonzalez

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond secured by Real Property

    \_\_ Corporate Surety Bail Bond

    <u>X</u> (Other) <u>Pretrial Supervision/Conditions; **defendant to be released on Monday, 3/21/2016 at 9:00 AM to the custody of Pretrial Services**</u>

Issued at <u>Sacramento, CA</u> on <u>3/18/2016</u> at <u>2:45 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge