CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for VIDAL GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OSVALDO HERNANDEZ, et al.,<br><br>　　　　Defendants. | Case No.: 16-067 JAM<br><br>STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS<br><br>DATE:　November 28, 2016<br>TIME:<br>JUDGE:　Hon. Kendall J. Newman |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Ross Naughton, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Defendant VIDAL GONZALEZ, that the previously imposed pretrial release condition of Location Monitoring as to Mr. Gonzalez be removed as of December 1, 2016. Pretrial Services Officer Darryl Walker has indicated that Mr. Gonzalez has been compliant with all of his release conditions - all of his drug tests have been negative, he is employed, and he has remained in contact with Pretrial Services on a weekly basis. All other conditions of pretrial release would remain unchanged.

//
//
//

11/29/16

| | | |
|---|---|---|
| 1 | DATED: November 28, 2016 | /S/    Ross Naughton |
| 2 | | PHILLIP A. TALBERT |
| | | by ROSS NAUGHTON |
| 3 | | Attorney for Plaintiff |

/S/    Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Vidal Gonzalez

**ORDER**

IT IS SO ORDERED, that the Pretrial Release condition of Location Monitoring is hereby removed as of December 1, 2016.  All other pretrial release conditions remain in effect.

Dated:  November 29, 2016

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

11/29/16