CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for VIDAL GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VIDAL GONZALEZ,<br><br>Defendant. | Case No.: 16-067 JAM<br><br>STIPULATION AND ORDER REMOVING JANETT THOMPSON AS CO-SURETY AND NAMING MARIA SALOME GONZALEZ AS SOLE SURETY FOR UNSECURED BOND<br><br>DATE: August 31, 2017<br>JUDGE: Kendall J. Newman |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Ross Naughton, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant VIDAL GONZALEZ, upon the recommendation of Pretrial Services, that Mr. Gonzalez' wife, Maria Salome Gonzalez, be named as sole surety on the unsecured bond for Mr. Gonzalez. On March 18, 2016, Mr. Gonzalez was ordered released on a $200,000 unsecured bond co-signed by his wife and daughter, Janett Thompson. Ms. Thompson has contacted Pretrial Services requesting to be removed as surety. In light of Mr. Gonzalez' full compliance during the pendency of his pretrial release, the parties agree, based on the recommendation of Pretrial Services, that Janett Thompson should be removed as a named surety on the unsecured bond.
//

08/31/17

| | |
|---|---|
| DATED: August 31, 2017 | /S/ Ross Naughton<br>PHILLIP A. TALBERT<br>by ROSS NAUGHTON<br>Attorney for Plaintiff |
| | /S/ Clemente M. Jiménez<br>CLEMENTE M. JIMÉNEZ<br>Attorney for Vidal Gonzalez |

**ORDER**

IT IS SO ORDERED, that Janett Thompson shall be removed as a named surety on Vidal Gonzalez' unsecured bond, leaving Maria Salome Gonzalez as the sole surety for the unsecured bond.

Dated: August 31, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

08/31/17