McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>        v.<br><br>VIDAL GONZALEZ,<br><br>                   Defendant. | 2:16-CR-00067-JAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Vidal Gonzalez, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.        Pursuant to 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), defendant Vidal Gonzalez's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.    a .45 caliber Sig Sauer 1911 pistol, serial no. 54A024260 with magazine and ammunition,
    b.    a Sportarms 9 mm pistol, serial no. 377463 with magazines and ammunition,
    c.    a Colt Combat Commander pistol, serial no. 70SC87049 and empty magazine,
    d.    a Model XM15-E2S Bushmaster .223 caliber rifle, serial no. BFI480211 and one box of ammunition, and
    e.    a personal forfeiture money judgment in the amount of $90,000.00, plus any accrued interest on that amount since date of seizure.

1

The money judgment shall be satisfied from the $111,019.00 in U.S. Currency seized from defendant Vidal Gonzalez and included in the Bill of Particulars for Forfeiture of Property filed on January 24, 2018.

2.     The above-listed firearms and ammunition were involved in or used in the knowing or willful commission of 18 U.S.C. § 922(a)(1)(A).  The above-referenced personal forfeiture money judgment is imposed based on defendant Vidal Gonzalez's conviction for violating 21 U.S.C. §§ 841(a)(1) and 846.  The defendant agreed that the value of the controlled substances distributed by the conspiracy in which he and his codefendants were involved, exceeded $90,000 and that this amount was foreseeable to him whether or not he was personally involved in the sale or distribution of this amount of drugs.

3.     Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the Federal Bureau of Investigation or the U.S. Marshals Service, in its secure custody and control.

4.     a.     Pursuant to 21 U.S.C. § 853(n), 28 U.S.C. § 2461(c), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.     This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.     If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), in which all interests will be addressed.

6.     Within sixty (60) days from entry of a Final Order of Forfeiture forfeiting the above-

2

listed property, the U.S. Marshals Service shall return $21,019.00 of the $111,019.00 in U.S. Currency, plus any accrued interest on that amount, to defendant Vidal Gonzalez through Janett Thompson.

SO ORDERED this 10th day of December, 2018.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

Preliminary Order of Forfeiture