CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for VIDAL GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VIDAL GONZALEZ,<br><br>Defendants. | Case No.: 16-067 JAM<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE: January 15, 2019<br>TIME: 9:15 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Richard Bender, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant VIDAL GONZALEZ, that the sentencing hearing scheduled for January 15, 2019, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on March 19, 2019, at 9:15 a.m. for judgment and sentencing. Defense counsel anticipates providing informal objections to US Probation, which will require additional time for response. After consulting with the court regarding availability, the parties propose the following briefing schedule:

Objections to Pre-Sentence Report: 2/21/19

Final PSR due: 2/26/19

Motion for Correction: 3/5/19

Reply, or Non-Opposition: 3/12/19

J&S: 3/19/19

DATED: January 10, 2019  /S/    Richard Bender
McGREGOR SCOTT
by RICHARD BENDER
Attorney for Plaintiff


/S/    Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for VIDAL GONZALEZ

## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for January 15, 2019, at 9:15 a.m. be vacated and the matter continued to March 19, 2019, at 9:15 a.m. for judgment and sentencing. It is further ordered that the briefing schedule be modified as requested by the parties.

This 10th day of January, 2019

/s/ John A. Mendez
HON. John A. Mendez
United States District Court Judge

01/10/19