CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for VIDAL GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 16-067 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE |
| vs. | |
| VIDAL GONZALEZ, | DATE: March 19, 2019 |
| | TIME: 9:15 a.m. |
| Defendants. | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Richard Bender, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant VIDAL GONZALEZ, that the sentencing hearing scheduled for March 19, 2019, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on April 9, 2019, at 9:15 a.m. for judgment and sentencing. Mr. Gonzalez is scheduled to undergo eye surgery on March 18, 2019, and will need time to attend to his post-operative care.

//
//
//
//

03/13/19

DATED: March 12, 2019    /S/   Richard Bender
McGREGOR SCOTT
by RICHARD BENDER
Attorney for Plaintiff


/S/   Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for VIDAL GONZALEZ


## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for March 19, 2019, at 9:15 a.m. be vacated and the matter continued to April 9, 2019, at 9:15 a.m. for judgment and sentencing.

This 13th day of March, 2019

    /s/ John A. Mendez
HON. John A. Mendez
United States District Judge

03/13/19