1  CLEMENTE M. JIMÉNEZ, ESQ.
2  California State Bar Number 207136
   431 I Street, Suite 102
3  Sacramento, CA 95814
   (916) 443-8055
4

5  Attorney for VIDAL GONZALEZ

6
                    UNITED STATES DISTRICT COURT
7
                   EASTERN DISTRICT OF CALIFORNIA
8

9

10 | UNITED STATES OF AMERICA,        | Case No.: 16-067 JAM

11 |        Plaintiff,                | STIPULATION AND ORDER
                                      | VACATING DATE AND CONTINUING
12 |    vs.                           | CASE

13

14 | VIDAL GONZALEZ,                  | DATE:  March 19, 2019
                                      | TIME:  9:15 a.m.
15 |        Defendants.               | JUDGE: Hon. John A. Mendez

16

17

18         IT IS HEREBY STIPULATED by and between Assistant United States Attorney

19  Richard Bender, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for

20  Defendant VIDAL GONZALEZ, that the sentencing hearing scheduled for March 19,

21  2019, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar

22  on April 9, 2019, at 9:15 a.m. for judgment and sentencing.  Mr. Gonzalez is scheduled to

23  undergo eye surgery on March 18, 2019, and will need time to attend to his post-

24  operative care.

25  //
26  //
27  //
28  //

03/13/19

| | |
|---|---|
| DATED:   March 12, 2019 | /S/   Richard Bender<br>McGREGOR SCOTT<br>by RICHARD BENDER<br>Attorney for Plaintiff |
| | /S/   Clemente M. Jiménez<br>CLEMENTE M. JIMÉNEZ<br>Attorney for VIDAL GONZALEZ |

## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for March 19, 2019, at 9:15 a.m. be vacated and the matter continued to April 9, 2019, at 9:15 a.m. for judgment and sentencing.

This 13th day of March, 2019

　　　　　　　　　　　　　　　　　　____   /s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　HON. John A. Mendez
　　　　　　　　　　　　　　　　　　United States District Judge

03/13/19