CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for VIDAL GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>VIDAL GONZALEZ,<br><br>  Defendants. | Case No.: 16-067 JAM<br><br>REQUEST FOR STAY OF TURN IN DATE<br><br>DATE:  June 19, 2019<br>TIME:   --<br>JUDGE: Hon. John A. Mendez |

On April 9, 2019, Vidal Gonazlez appeared before the Court for imposition of judgment and sentence. At that time, the court ordered Mr. Gonzalez to turn himself in on June 20, 2019, at a location to be designated by the US Marshals.

Mr. Gonzalez now respectfully requests, without objection from the government, a one-time extension of his turn-in date to January 4, 2020, in light of ongoing medical treatment he is receiving. Attached for the Court's review as Exhibit 1 are the results of the MRI of the Lumbar Spine performed at Elk Grove Diagnostic Imaging on May 1, 2019.

In addition to the long-term effects he suffers from scoliosis and osteoarthritis, Mr. Gonzalez is seeking more immediate treatment for the bulging disc at L3-L4 noted in the results. Furthermore, he continues his course of treatment for the glaucoma that was documented for the court at the time of sentencing.

06/19/19

For the above reasons, Mr. Gonzalez respectfully requests a one-time extension to January 4, 2020 to turn himself in as directed by the US Marshals.

DATED:  June 19, 2019         /S/    Cameron Desmond
                              McGREGOR SCOTT
                              by CAMERON DESMOND
                              Attorney for Plaintiff


                              /S/    Clemente M. Jiménez
                              CLEMENTE M. JIMÉNEZ
                              Attorney for VIDAL GONZALEZ

**ORDER**

IT IS SO ORDERED, that Vidal Gonzalez turn himself in on January 4, 2020, as directed by the US Marshals Service. The previous order that he turn himself in on June 20, 2019 is vacated.

This 19th day of June, 2019

                              /s/ John A. Mendez
                              HON. John A. Mendez
                              United States District Court Judge

06/19/19