Timothy E. Warriner (SB #166128)
Law Office of Timothy E. Warriner
455 Capitol Mall, Suite 802
tew@warrinerlaw.com
T: (916) 443-7141

J. Talitha Hazelton (WSBA #54260)*
Smith Law, LLC
4301 NE 4th St.
PO Box 2767
Renton, WA 98058
T: 206-715-4248
F: 206-900-2664
talitha@thesmithlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIDAL GONZALEZ,<br><br>Defendant. | No.  2:16CR00067-05<br><br>ORDER GRANTING MOTION FOR COURT-ORDERED ACCESS TO COUNSEL |

**ORDER**

The Court considers and GRANTS the Defendant's Motion for Court Order Requiring FDC SeaTac to Facilitate Legal Call with Counsel.

The Court orders FDC SeaTac to facilitate by 9:00PM on Friday, September 11, 2020: a one hour Zoom conference with Gonzalez's attorney J. Talitha Hazelton (206-226-7447) and a family Zoom call scheduled with Gonzalez's daughter Janett Thompson (916-475-8615).

If FDC Sea Tac is unable to facilitate said Zoom calls on September 11 it shall continue to attempt to facilitate said calls on September 12 and/or September 13.  If these Zoom calls are not facilitated by September 13 then the Warden or counsel for the Warden shall file a declaration

1

with this Court no later than noon on Monday September 14, 2020 explaining why the prison was unable to comply with this Court's Order.

Dated this 11th day of September, 2020.

/s/ John A. Mendez

The Honorable John A. Mendez
United States District Court Judge