

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

UNITED STATES OF AMERICA
                     Plaintiff(s),    Case No. 2:16cr00067-05

v.

VIDAL GONZALEZ
                     Defendant(s).

    I, J. Talitha Hazelton, attorney for Vidal Gonzalez, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Smith Law, LLC |
| Address: | 4301 4th ST<br>PO Box 2767 |
| City: | Renton |
| State: | WA    ZIP Code: 98059 |
| Voice Phone: | (206)226-7447 |
| FAX Phone: | (206)900-2664 |
| Internet E-mail: | talitha@thesmithlaw.com |
| Additional E-mail: | |
| I reside in City: | Seattle    State: Washington |

I was admitted to practice in Washington State on September 11, I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I **have not** concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:       Timothy E. Warriner SB #166128

Firm Name:  Law Office of Timothy E. Warriner

Address:    455 Capitol Mall, Suite 802

City:       Sacramento

State:      California   ZIP Code: 95814

Voice Phone: (916)443-7141

FAX Phone:

E-mail:     tew@warriner.com

Dated: September 11 , 2020    Petitioner: _____
                              J. Talitha Hazelton, WSBA #52460

**ORDER**

IT IS SO ORDERED.

Dated:   9/11/2020                                        /s/ John A. Mendez_____
                                                          JUDGE, U.S. DISTRICT COURT