IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VIDAL GONZALEZ<br><br>    Defendant. | Case №: 2:16-cr-00067-JAM<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

    The above named Defendant is currently in an Intensive Care Unit in Washington state. An attorney in Washington state, J. Talitha Hazelton (WSBA #54260), believes he qualifies for appointed counsel and will attempt to complete a financial affidavit as soon as possible. Ms. Hazelton is familiar with the local details of the client and his case. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

    IT IS HEREBY ORDERED that J. Talitha Hazelton be specially appointed to represent the above defendant in this case effective *nunc pro tunc* to September 10, 2020, substituting the Federal Defenders Office appointed per G.O. 595. Since Ms. Hazelton is not admitted to our court, so it is also ordered that Timothy Warriner be appointed Pro Hac Vice.

    This appointment shall remain in effect until further order of this court.

DATED: 9/11/2020

                          /s/ John A. Mendez
                          HON. JOHN A. MENDEZ
                          United States District Judge