1 Timothy E. Warriner (SB #166128)
Law Office of Timothy E. Warriner
2 455 Capitol Mall, Suite 802
3 tew@warrinerlaw.com
T: (916) 443-7141
4
5 J. Talitha Hazelton (WSBA #54260)*
Smith Law, LLC
6 4301 NE 4th St.
PO Box 2767
7 Renton, WA 98058
T: 206-715-4248
8 F: 206-900-2664
talitha@thesmithlaw.com
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16CR00067-05 |
|---|---|
| Plaintiff, | **ORDER L.R. 141(b)** |
| v. | |
| VIDAL GONZALEZ, | |
| Defendant. | |

**ORDER**

Having considered counsel's request to file Vidal Gonzalez's medical records under seal, the court finds compelling reasons to do so, in order to protect Gonzalez's medical privacy.

DATED: October 22, 2020            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE