Timothy E. Warriner (SB #166128)
Law Office of Timothy E. Warriner
455 Capitol Mall, Suite 802
tew@warrinerlaw.com
T: (916) 443-7141

J. Talitha Hazelton (WSBA #54260)*
Smith Law, LLC
4301 NE 4th St.
PO Box 2767
Renton, WA 98058
T: 206-715-4248
F: 206-900-2664
talitha@thesmithlaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIDAL GONZALEZ,<br><br>Defendant. | No. 2:16CR00067-05 JAM<br><br>**REQUEST TO SEAL; PROPOSED ORDER L.R. 141 (b)** |

Having considered counsel's request to file medical records under seal, the court finds compelling reasons to do so, in order to protect Vidal Gonzalez's medical privacy.

DATED: November 5, 2020    /s/ John A. Mendez
                          _____
                          THE HONORABLE JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE