Timothy E. Warriner (SB #166128)
Law Office of Timothy E. Warriner
455 Capitol Mall, Suite 802
tew@warrinerlaw.com
T: (916) 443-7141

J. Talitha Hazelton (WSBA #52460)*
Smith Law, LLC
4301 NE 4th St.
PO Box 2767
Renton, WA 98059
T: 206-226-7447
F: 206-900-2664
talitha@thesmithlaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIDAL GONZALEZ,<br><br>Defendant. | No.  2:16-CR-0067 JAM-05<br><br>**ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE** |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Defendant's Request to Seal, IT IS HEREBY ORDERED that the defendant's medical records, attached to Exhibit 1 to the Defendant's Motion for Reconsideration, and the Defendant's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court of Oregon*, 920 F.2d 1435 (9th Cir. 1990). The Court finds that, for the reasons stated in the Defendant's request, sealing the Defendant's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling

interests identified by the Defendant would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the Defendant's motion that would adequately protect the compelling interests identified by the Defendant.

Dated: January 17, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE