AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| VIDAL GONZALEZ | ) Case No:  2:16-CR-00067-JAM |
| | ) USM No:  75613-097 |
| Date of Original Judgment: 04/09/2019 | ) |
| Date of Previous Amended Judgment: | ) PRO SE |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

On June 2, 2025, the Court denied Defendant Vidal Gonzalez's second motion for sentence reduction. ECF No. 301. On January 8, 2026, a supplemental memorandum was filed, pro se, by Defendant in support of what Defendant called his pending motion for reduction of sentence. ECF No. 304. Defendant requests the Court grant his motion for sentence reduction, or alternatively, issue an order to show cause, requiring the government to "specify[] exactly which subsection of §4C1.1(a)(2)-(10) disqualifies the Defendant" from the relief he seeks. Id.  The government filed a response, arguing Defendant's request to grant his motion for reduction of sentence should be denied. ECF No. 306.

For the reasons detailed in the government's brief, the Defendant's supplemental request (ECF No. 304) is hereby DENIED. The Court agrees that Defendant's motion, at best, is an improper request for reconsideration, and may be denied under the law of the case doctrine. Alternatively, if construed as a new, third request for sentence reduction, the Court finds, again, that Defendant does not qualify for a retroactive sentence reduction because § 4C1.1(a)(7) prevents it, and because Defendant was sentenced to a statutory mandatory minimum. As such, the Court finds Defendant does not qualify for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) based on a retroactive application of Amendment 821 to the United States Sentencing Guidelines.

Except as otherwise provided, all provisions of the judgment dated ___04/10/2019___ shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  01/16/2026

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Senior District Judge John A. Mendez
*Printed name and title*